**Original Filed 5/21/07**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES M. KELLEY, et al.,<br><br>     Plaintiffs,<br><br>  v.<br><br>RAMBUS, INC., et al.,<br><br>     Defendants. | Case Number C 07-1238 JF (HRL)<br><br>ORDER[1] REQUIRING PLAINTIFFS TO OBTAIN LEAVE OF COURT OR CONSENT OF DEFENDANTS BEFORE FILING FURTHER AMENDED COMPLAINTS<br><br>[re: docket no. 32] |

  Plaintiffs, proceeding *pro se*, have filed four complaints in this action. Defendant Rambus Inc. ("Rambus") has not answered or otherwise responded to any of these complaints. Rambus moves for administrative relief, seeking an order that Plaintiffs be required to obtain leave of Court prior to filing any further amended complaints. Rambus states that it will not move to strike the second and third amended complaints, and that it instead will move to dismiss the third amended complaint on or before June 1, 2007.

  The first amended complaint was filed as of right under Fed. R. Civ. P. 15(a), which provides:

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 07-1238 JF (HRL)
ORDER REQUIRING PLAINTIFFS TO OBTAIN LEAVE OF COURT OR CONSENT OF DEFENDANTS BEFORE FILING FURTHER AMENDED COMPLAINTS
(JFLC1)

1  A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served or, if the pleading is one to which no responsive pleading is permitted and the action has not been placed upon the trial calendar, the party may so amend it at any time within 20 days after it is served. Otherwise a party may amend the party's pleading only by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires. A party shall plead in response to an amended pleading within the time remaining for response to the original pleading or within 10 days after service of the amended pleading, whichever period may be the longer, unless the court otherwise orders.

Since Fed. R. Civ. P. 15(a) allows only *one* amendment as of right, Plaintiffs should have sought leave of this Court before filing their second and third amended complaints.[2]  Accordingly, Plaintiffs may not file a further amended complaint without prior leave of this Court or the consent of the Defendants.  However, because Rambus has indicated that it will direct its motion to dismiss to Plaintiffs' third amended complaint, the Court will treat that pleading as if it had been properly filed.

IT IS SO ORDERED.

DATED: May 21, 2007.

                                                   _____
                                                   JEREMY FOGEL
                                                   United States District Judge

---

[2]  Plaintiffs refer to this district's "Handbook for Litigants Without a Lawyer," which fails to make clear that Rule 15(a) allows only one amendment as of right.  However, that omission does not change the substance of Rule 15(a).

2

Case No. C 07-1238 JF (HRL)
ORDER REQUIRING PLAINTIFFS TO OBTAIN LEAVE OF COURT OR CONSENT OF DEFENDANTS BEFORE FILING FURTHER AMENDED COMPLAINTS
(JFLC1)

1   This Order has been served upon the following persons:

2   Darryl P. Rains           drains@mofo.com, dgillis@mofo.com

3   Ignacio E. Salceda        isalceda@wsgr.com, rlustan@wsgr.com

4   Stephanie Laura Zeller    szeller@mofo.com, mbarakah@mofo.com

5   Notice will be delivered by other means to:

6   James M Kelley
    14390 Douglass Lane
7   Saratoga, CA 95070

8   Miki W. Larsson
    14390 Douglass Lane
9   Saratoga, CA 95070

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 07-1238 JF (HRL)
ORDER REQUIRING PLAINTIFFS TO OBTAIN LEAVE OF COURT OR CONSENT OF DEFENDANTS BEFORE FILING FURTHER AMENDED COMPLAINTS
(JFLC1)