BORIS FELDMAN, State Bar No. 128838
DOUGLAS J. CLARK, State Bar No. 171499
IGNACIO E. SALCEDA, State Bar No. 164017
BETTY ROWE, State Bar No. 214068
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
E-mail: isalceda@wsgr.com

Attorneys for Defendants
Rambus, Inc., Harold Hughes, P. Michael Farmwald, Mark Horowitz, Kevin Kennedy, Thomas Bentley, Abraham Sofaer, Laura S. Stark, Michael Schroeder, Samir A. Patel, Sharon E. Holt, Kevin S. Donnelly and Subodh Toprani

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES M. KELLEY and M. LARSSON,<br><br>Plaintiff,<br><br>v.<br><br>RAMBUS, INC., PRICEWATERHOUSE COOPERS, LLP, WILSON SONSINI GOODRICH & ROSATI, LLP, HAROLD HUGHES, GEOFFREY TATE, DAVID MOORING, MARK HOROWITZ, PAUL MICHAEL FARMWALD, BRUCE S. DUNLEVIE, EDWARD H. LARSEN, WILLIAM DAVIDOW, ROBERT EULAU, JOHN DANFORTH, KEVIN KENNEDY, CHARLES GESCHKE, THOMAS BENTLEY, MICHAEL SCHROEDER, SHARON HOLT, KEVIN DONNELLY, LAURA STARK, ABRAHAM SOFAER, SUBODH TOPRANI, SAMIR PATEL,<br><br>Defendants. | Case No. 07-1238 JF (HRL)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING PAGE LIMITS OF RAMBUS DEFENDANTS' BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT AND OF PLAINTIFFS' BRIEF IN RESPONSE TO RAMBUS DEFENDANTS' MOTION TO DISMISS** |

STIP AND [PROPOSED] ORDER EXTENDING PAGE LIMITS OF DEFS' BRIEF ISO THEIR MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT AND OF PLAINTIFFS' BRIEF IN RESPONSE TO RAMBUS DEFS' MOTION TO DISMISS
CASE NO. C 07-1238 JF (HRL)

-1-

3127089_1.DOC

1    WHEREAS, this is an action brought under federal and state law against Rambus Inc. ("Rambus"), a number of its current and former officers and directors, and its independent auditor and outside counsel;

    WHEREAS, the 226-page Third Amended Complaint ("TAC") asserts claims spanning a number of years and contains a total of 18 causes of action;

    WHEREAS, Defendants Rambus, Harold Hughes, P. Michael Farmwald, Mark Horowitz, Kevin Kennedy, Thomas Bentley, Abraham Sofaer, Laura S. Stark, Michael Schroeder, Samir A. Patel, Sharon E. Holt, Kevin S. Donnelly and Subodh Toprani (collectively, the "Rambus Defendants") response to the TAC is due on June 4, 2007. The Rambus Defendants intend to file a motion to dismiss the TAC on June 4, 2007;

    WHEREAS, Civil Local Rule 7-4(b) provides that briefs may not exceed 25 pages of text, unless the Court orders otherwise pursuant to a party's request made prior to the due date;

    WHEREAS, the Rambus Defendants anticipate filing a brief in support of their motion to dismiss the TAC that is approximately 40 pages in length;

    WHEREAS, plaintiffs agreed to allow the Rambus Defendants to file a brief in support of their motion to dismiss that is 40 pages or less in length and the Rambus Defendants have agreed that plaintiffs may file a brief in response to the Rambus Defendants' motion to dismiss that is up to 40 pages in length;

    IT IS HEREBY STIPULATED AND AGREED, subject to Court approval, by and between the undersigned that:

    1.    The Rambus Defendants may file a brief in support of their motion to dismiss the TAC that is up to 40 pages in length.

    2.    Plaintiffs may file a brief in response to the Rambus Defendants' motion to dismiss that is up to 40 pages in length.

| | |
|---|---|
| 1  Dated:  June 1, 2007 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 2 | |
| 3 | |
| 4 | By: /s/  Ignacio E. Salceda<br>       Ignacio E. Salceda |
| 5 | Attorneys for Defendants Rambus, Inc., Harold Hughes, P. Michael Farmwald, Mark Horowitz, Kevin Kennedy, Thomas Bentley, Abraham Sofaer, Laura S. Stark, Michael Schroeder, Samir A. Patel, Sharon E. Holt, Kevin S. Donnelly and Subodh Toprani |
| 6 | |
| 7 | |
| 8 | |
| 9  Dated:  June 1, 2007 | |
| 10 | |
| 11 | By: /s/ James M. Kelley<br>       James M. Kelley<br>       Plaintiff (*Pro Se*) |
| 12 | |
| 13 | 14390 Douglass Lane<br>Saratoga, CA  95070<br>Tel:  (408) 867-3391 |
| 14 | Fax:  (408) 872-1464 |
| 15 | |
| 16 | By: /s/ Miki W. Larsson<br>       Miki W. Larsson<br>       Plaintiff (*Pro Se*) |
| 17 | |
| 18 | 14390 Douglass Lane<br>Saratoga, CA  95070<br>Tel:  (408) 867-3391 |
| 19 | Fax:  (408) 872-1464 |
| 20 | |
| 21  Dated:  June 1, 2007 | MORRISON & FOERSTER LLP<br>Darryl P. Rains<br>Stephanie L. Zeller<br>755 Page Mill Road<br>Palo Alto, CA  94304<br>Telephone:  (650) 813-5600<br>Facsimile:  (650) 494-0792 |
| 22 | |
| 23 | |
| 24 | |
| 25 | By:   /s/ Stephanie L. Zeller<br>       Stephanie L. Zeller |
| 26 | Attorneys for Defendant John D. Danforth |
| 27 | |

28  STIP AND [PROPOSED] ORDER EXTENDING PAGE LIMITS OF DEFS' BRIEF ISO THEIR MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT AND OF PLAINTIFFS' BRIEF IN RESPONSE TO RAMBUS DEFS' MOTION TO DISMISS
CASE NO. C 07-1238 JF (HRL)

-3-

3127089_1.DOC

| | |
|---|---|
| Dated: June 1, 2007 | IRELL AND MANELLA LLP<br>David Siegel<br>Martin N. Gelfand<br>John C. Hueston<br>Garland Kelley<br>Alexander Karpman<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA  90067<br>Telephone:  (310) 277-1010<br>Facsimile:  (310) 203-7199<br><br>By: __/s/   David Siegel__<br>           David Siegel<br><br>Attorneys for Defendant Geoff Tate |

**ORDER**

IT IS SO ORDERED.

Dated: ___6/4/07___          _____
                              THE HONORABLE JEREMY FOGEL
                              UNITED STATES DISTRICT JUDGE

STIP AND [PROPOSED] ORDER EXTENDING PAGE LIMITS OF DEFS' BRIEF ISO THEIR MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT AND OF PLAINTIFFS' BRIEF IN RESPONSE TO RAMBUS DEFS' MOTION TO DISMISS
CASE NO. C 07-1238 JF (HRL)

-4-

3127089_1.DOC

I, Ignacio E. Salceda, am the ECF User whose identification and password are being used to file the Stipulation and [Proposed] Order Extending Page Limits of Rambus Defendants' Brief in Support of Their Motion to Dismiss Plaintiff's Third Amended Complaint and of Plaintiffs' Brief in Response to Rambus Defendants' Motion to Dismiss.  I hereby attest that James M. Kelley, Miki W. Larsson, Stephanie L. Zeller and David Siegel have concurred in this filing.

Dated:  June 1, 2007                                WILSON SONSINI GOODRICH & ROSATI
                                                    Professional Corporation


                                                    By:   /s/   Ignacio E. Salceda
                                                            Ignacio E. Salceda

                                                    Attorneys for Defendants Rambus, Inc., Harold Hughes, P. Michael Farmwald, Mark Horowitz, Kevin Kennedy, Thomas Bentley, Abraham Sofaer, Laura S. Stark, Michael Schroeder, Samir A. Patel, Sharon E. Holt, Kevin S. Donnelly and Subodh Toprani