**E-filed 6/25/2007**

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JAMES M. KELLEY, et al., | Case Number C 07-1238 JF (HRL) |
| Plaintiffs, | ORDER[1] DENYING MOTION FOR EXTENSION FO TIME AS MOOT |
| v. | [re: docket nos. 80-83] |
| RAMBUS, INC., et al., | |
| Defendants. | |

Defendant Wilson Sonsini Goodrich & Rosati ("WSCR") seeks an extension of time to file an answer or otherwise respond to Plaintiff's Third Amended Complaint ("TAC"). Because this case has been consolidated with related Case No. 07-02455 and Plaintiffs have until July 25, 2007 to file their consolidated complaint, the Court hereby denies WSCR's motion as moot.

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 07-1238 JF (HRL)
ORDER DENYING MOTION FOR EXTENSION OF TIME AS MOOT
(JFLC3)

1  IT IS SO ORDERED.

2

3  DATED: June 25, 2007.

4
5                                                    _____
6                                                    JEREMY FOGEL
                                                     United States District Judge

Case No. C 07-1238 JF (HRL)
ORDER DENYING MOTION FOR EXTENSION OF TIME AS MOOT
(JFLC3)

1  This Order has been served upon the following persons:

2  Darryl P. Rains            drains@mofo.com, dgillis@mofo.com

3  Ignacio E. Salceda         isalceda@wsgr.com, rlustan@wsgr.com

4  Stephanie Laura Zeller     szeller@mofo.com, mbarakah@mofo.com

5  Notice will be delivered by other means to:

6  James M Kelley
   14390 Douglass Lane
7  Saratoga, CA 95070

8  Miki W. Larsson
   14390 Douglass Lane
9  Saratoga, CA 95070

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 07-1238 JF (HRL)
ORDER DENYING MOTION FOR EXTENSION OF TIME AS MOOT
(JFLC3)