\*\*E-filed 7/02 /2007\*\*

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JAMES M. KELLEY, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>RAMBUS, INC., et al.,<br><br>        Defendants. | Case Number C 07-1238 JF (HRL)<br><br>ORDER[1] DENYING MOTION TO TAKE THE MOTION TO DISMISS HEARING AND ANY RESPONSES DUE TO THE THIRD AMENDED COMPLAINT OFF CALENDAR<br><br>[re: docket no. 85] |

      On June 25, 2007, the Court granted Plaintiff's unopposed motion to consolidate. The Court further set a revised schedule for the consolidated actions. This schedule had the effect of removing the pending motions from the calendar. Accordingly, Plaintiff's Motion to Take the Pending Motions to Dismiss Off Calendar is DENIED as moot.

IT IS SO ORDERED.

DATED: July 2, 2007.

                                  JEREMY FOGEL
                                  United States District Judge

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 07-1238 JF (HRL)
ORDER DENYING  MOTION TO TAKE THE MOTION TO DISMISS HEARING AND ANY RESPONSES DUE TO THE THIRD AMENDED COMPLAINT OFF CALENDAR
(JFLC3)

| | |
|---|---|
| 1 | This Order has been served upon the following persons: |
| 2 | Darryl P. Rains            drains@mofo.com, dgillis@mofo.com |
| 3 | Ignacio E. Salceda         isalceda@wsgr.com, rlustan@wsgr.com |
| 4 | Stephanie Laura Zeller     szeller@mofo.com, mbarakah@mofo.com |
| 5 | Notice will be delivered by other means to: |
| 6 | James M Kelley |
| 7 | 14390 Douglass Lane<br>Saratoga, CA 95070 |
| 8 | Miki W. Larsson |
| 9 | 14390 Douglass Lane<br>Saratoga, CA 95070 |

2

Case No. C 07-1238 JF (HRL)
ORDER DENYING MOTION TO TAKE THE MOTION TO DISMISS HEARING AND ANY RESPONSES DUE TO THE THIRD AMENDED COMPLAINT OFF CALENDAR
(JFLC3)