**efiled 8/28/07

BORIS FELDMAN, State Bar No. 128838
DOUGLAS J. CLARK, State Bar No. 171499
IGNACIO E. SALCEDA, State Bar No. 164017
BETTY ROWE, State Bar No. 214068
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
E-mail: isalceda@wsgr.com

Attorneys for Defendants
Rambus, Inc., Harold Hughes, P. Michael
Farmwald, Mark Horowitz, Kevin Kennedy,
Laura S. Stark, Michael Schroeder, Samir A.
Patel, Sharon E. Holt, Kevin S. Donnelly
and Subodh Toprani

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES M. KELLEY, M. LARSSON, DOUGLAS KELLEY, <br><br>　　　　　　　Plaintiffs, <br><br>　　v. <br><br>RAMBUS, INC., PRICEWATERHOUSE COOPERS, LLP, WILSON SONSINI GOODRICH & ROSATI, LLP, HAROLD HUGHES, GEOFFREY TATE, DAVID MOORING, MARK HOROWITZ, PAUL MICHAEL FARMWALD, BRUCE S. DUNLEVIE, EDWARD H. LARSEN, WILLIAM DAVIDOW, ROBERT EULAU, JOHN DANFORTH, KEVIN KENNEDY, CHARLES GESCHKE, MICHAEL SCHROEDER, SHARON HOLT, KEVIN DONNELLY, LAURA STARK, SUBODH TOPRANI, SAMIR PATEL, DOES (1-10), <br><br>　　　　　　　Defendants. | Case No. 07-1238 JF (HRL) <br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMITS OF RAMBUS DEFENDANTS' BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED COMPLAINT AND OF PLAINTIFFS' BRIEF IN RESPONSE TO RAMBUS DEFENDANTS' MOTION TO DISMISS** |

STIP AND [PROPOSED] ORDER EXTENDING PAGE
LIMITS OF RAMBUS DEFS' BRIEF ISO THEIR MOTION TO
DISMISS PLAINTIFFS' CONSOLIDATED COMPLAINT AND OF
PLAINTIFFS' BRIEF IN RESPONSE TO RAMBUS DEFS'
MOTION TO DISMISS
CASE NO. C 07-1238 JF (HRL)

3168564_1.DOC

WHEREAS, this is an action brought under federal and state law against Rambus Inc. ("Rambus"), a number of its current and former officers and directors, and its independent auditor and outside counsel;

WHEREAS, the 295-page Consolidated Complaint ("CC") asserts claims spanning a number of years and contains a total of 14 causes of action;

WHEREAS, Defendants Rambus, Harold Hughes, P. Michael Farmwald, Mark Horowitz, Kevin Kennedy, Laura S. Stark, Michael Schroeder, Samir A. Patel, Sharon E. Holt, Kevin S. Donnelly and Subodh Toprani (collectively, the "Rambus Defendants") response to the CC is due on August 10, 2007. The Rambus Defendants intend to file a motion to dismiss the CC on August 10, 2007;

WHEREAS, Civil Local Rule 7-4(b) provides that briefs may not exceed 25 pages of text, unless the Court orders otherwise pursuant to a party's request made prior to the due date;

WHEREAS, the Rambus Defendants anticipate filing a brief in support of their motion to dismiss the CC that is approximately 40 pages in length;

WHEREAS, plaintiffs agreed to allow the Rambus Defendants to file a brief in support of their motion to dismiss that is 40 pages or less in length and the Rambus Defendants have agreed that plaintiffs may file a brief in response to the Rambus Defendants' motion to dismiss that is up to 40 pages in length;

IT IS HEREBY STIPULATED AND AGREED, subject to Court approval, by and between the undersigned that:

1. The Rambus Defendants may file a brief in support of their motion to dismiss the CC that is up to 40 pages in length.

2. Plaintiffs may file a brief in response to the Rambus Defendants' motion to dismiss that is up to 40 pages in length.

| | |
|---|---|
| Dated: August 10, 2007 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br><br>By: /s/ Ignacio E. Salceda<br>      Ignacio E. Salceda<br><br>Attorneys for Defendants Rambus, Inc., Harold Hughes, P. Michael Farmwald, Mark Horowitz, Kevin Kennedy, Laura S. Stark, Michael Schroeder, Samir A. Patel, Sharon E. Holt, Kevin S. Donnelly and Subodh Toprani |
| Dated: August ___, 2007 | By:_____<br>James M. Kelley<br>Plaintiff (*Pro Se*)<br><br>14390 Douglass Lane<br>Saratoga, CA  95070<br>Tel:  (408) 867-3391<br>Fax:  (408) 872-1464<br><br>By:_____<br>Miki W. Larsson<br>Plaintiff (*Pro Se*)<br><br>14390 Douglass Lane<br>Saratoga, CA  95070<br>Tel:  (408) 867-3391<br>Fax:  (408) 872-1464<br><br>By:_____<br>Douglas B. Kelley<br>Plaintiff (*Pro Se*)<br><br>1887 Saint Andrews Place<br>San Jose, CA  95132<br>Tel:  (408) 929-2142<br>Fax:  (408) 872-1464 |

**ORDER**

IT IS SO ORDERED.

Dated:  8/27/07

_____
THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

Stip and [Proposed] Order Extending Page Limits of Rambus Defs' Brief ISO Their Motion to Dismiss Plaintiffs' Consolidated Complaint and of Plaintiffs' Brief in Response to Rambus Defs' Motion to Dismiss
Case No. C 07-1238 JF (HRL)

-3-

3168564_1.DOC

| | | |
|---|---|---|
| 1 | Dated: August ___, 2007 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 2 | | |
| 3 | | By: /s/ Ignacio E. Salceda<br>      Ignacio E. Salceda |
| 4 | | Attorneys for Defendants Rambus, Inc., Harold Hughes, P. Michael Farmwald, Mark Horowitz, Kevin Kennedy, Laura S. Stark, Michael Schroeder, Samir A. Patel, Sharon E. Holt, Kevin S. Donnelly and Subodh Toprani |
| 5 | | |
| 6 | | |
| 7 | Dated: August 9, 2007 | |
| 8 | | By: *James M. Kelley*<br>James M. Kelley<br>Plaintiff (*Pro Se*) |
| 9 | | |
| 10 | | 14390 Douglass Lane<br>Saratoga, CA 95070<br>Tel: (408) 867-3395<br>Fax: (408) 872-1464 |
| 11 | | |
| 12 | | |
| 13 | | By: *Miki W. Larsson*<br>Miki W. Larsson<br>Plaintiff (*Pro Se*) |
| 14 | | |
| 15 | | 14390 Douglass Lane<br>Saratoga, CA 95070<br>Tel: (408) 867-3395<br>Fax: (408) 872-1464 |
| 16 | | |
| 17 | | By: *Douglas B. Kelley*<br>Douglas B. Kelley<br>Plaintiff (*Pro Se*) |
| 18 | | |
| 19 | | |
| 20 | | 1887 Saint Andrews Place<br>San Jose, CA 95132<br>Tel: (408) 929-2142<br>Fax: (408) 872-1464 |
| 21 | | |
| 22 | | |
| 23 | | **ORDER** |
| 24 | IT IS SO ORDERED. | |
| 25 | Dated: _____ | |
| 26 | | THE HONORABLE JEREMY FOGEL<br>UNITED STATES DISTRICT JUDGE |
| 27 | | |
| 28 | STIP AND [PROPOSED] ORDER EXTENDING PAGE LIMITS OF RAMBUS DEFS' BRIEF ISO THEIR MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED COMPLAINT AND OF PLAINTIFFS' BRIEF IN RESPONSE TO RAMBUS DEFS' MOTION TO DISMISS<br>CASE NO. C 07-1238 JF (HRL) | -3-      3168564_1[1].DOC |

I, Ignacio E. Salceda, am the ECF User whose identification and password are being used to file the Stipulation and [Proposed] Order Extending Page Limits of Rambus Defendants' Brief in Support of Their Motion to Dismiss Plaintiff's Consolidated Complaint and of Plaintiffs' Brief in Response to Rambus Defendants' Motion to Dismiss. I hereby attest that James M. Kelley, Miki W. Larsson and Douglas Kelley have concurred in this filing.

Dated: August 10, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Ignacio E. Salceda
    Ignacio E. Salceda

Attorneys for Defendants Rambus, Inc., Harold Hughes, P. Michael Farmwald, Mark Horowitz, Kevin Kennedy, Laura S. Stark, Michael Schroeder, Samir A. Patel, Sharon E. Holt, Kevin S. Donnelly and Subodh Toprani

STIP AND [PROPOSED] ORDER EXTENDING PAGE LIMITS OF RAMBUS DEFS' BRIEF ISO THEIR MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED COMPLAINT AND OF PLAINTIFFS' BRIEF IN RESPONSE TO RAMBUS DEFS' MOTION TO DISMISS
CASE NO. C 07-1238 JF (HRL)

-4-

3168564_1.DOC