James M. Kelley    Tel: (408) 867-3395  
Miki W. Larsson    Fax: (408) 872-1464  
14390 Douglass Lane  
Saratoga, CA 95070   rblegalreport2006@gmail.com  

Douglas B. Kelley    Tel: (408) 929-2142  
1887 Saint Andrews Place  
San Jose, CA 95132  

PRO SE

**ORIGINAL FILED**
07 OCT 25 PM 3: 53
RICHARD W. WIEKING
U.S. D...

**Filed**
OCT 2 9 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. KELLEY, M. LARSSON DOUGLAS KELLEY <br><br> Plaintiffs <br><br> V. <br><br> RAMBUS, INC., PRICEWATERHOUSE COOPERS, LLP, WILSON SONSINI GOODRICH ROSATI, LLP, HAROLD HUGHES, GEOFFREY TATE, DAVID MOORING, MARK HOROWITZ, PAUL MICHAEL FARMWALD, BRUCE S. DUNLEVIE, EDWARD LARSEN, WILLIAM DAVIDOW, ROBERT EULAU, JOHN DANFORTH, KEVIN KENNEDY, CHARLES GESCHKE, MICHAEL SCHROEDER, SHARON HOLT, KEVIN DONNNELLY, LAURA STARK, SUBODH TOPRANI, SAMIR PATEL, DOES (1-10) <br><br> Defendants. | **Case No. C-07-01238- JF (HRL)** <br><br><br> **Plaintiff's Motion to the Court for Leave to File Court Papers Using the Court Pacer Electronic Filing System** |

**Private Securities Complaint**     C-07-01238 JF (HRL)

1  The Plaintiffs in the above action Request the Court's permission to make filings Electronically
2  using the Pacer System. Acting within the short time frames demanded to meet the Court's strict
3  filing requirements for Complaints, Motions, Replies and Answers has put a significant burden
4  on both Plaintiffs and Defendants.
5
6  The Defendants "Motions To Dismiss the Consolidated Complaint", in at least one instance, did
7  not reach the Plaintiffs until one day before the Hearing of the Motion. Likewise, the Plaintiffs'
8  paper copy of the CC, addressed and hand delivered on time to the Defendants' attorney was
9  misplaced within the Defendants' Attorneys office for two day. Plaintiffs James Kelley, Miki
10 Larsson, and Douglas Kelley are all experienced users of personal computers and software for
11 document preparation. Plaintiffs have familiarized themselves with the protocols found at the
12 Court's Pacer website, and have down loaded the relevant software for using the Pacer system.
13
14
15 Whereby the Plaintiffs do plead the Court to grant Plaintiffs' Motion to file electronically.
16
17 *It is So ordered.*
18
19
20 *Date 10-26-07*                    _____
21                                                JEREMY FOGEL
22
23
24
25
26
27
28

1

| | | |
|---|---|---|
| 1 | Dated: Oct 24, 2007 | PRO SE |
| 2 | | |
| 3 | | |
| 4 | *[signature]* | *[signature]* |
| 5 | Douglas B. Kelley | James Madison. Kelley |
| 6 | 1887 Saint Andrews Place | 14390 Douglass Lane |
| 7 | San Jose, California 95132 | Saratoga, California 95070 |
| 8 | Telephone: (408) 929-2142 | Telephone: (408) 867-3395 |
| 9 | Facsimile: (408) 872-1464 | Facsimile: (408) 872-1464 |
| 10 | Email: yusfdbk@yahoo.com | RBLegalReport2006@GMAIL.com |
| 11 | | |
| 12 | | |
| 13 | | *[signature]* |
| 14 | | Miki W. Larsson |
| 15 | | 14390 Douglass Lane |
| 16 | | Saratoga, California 95070 |
| 17 | | Telephone: (408) 867-3395 |
| 18 | | Facsimile: (408) 872-1464 |
| 19 | | RBLegalReport2006@GMAIL.com |

2