**E-filed 5/9/08**

IRELL & MANELLA LLP
David Siegel (101355) (dsiegel@irell.com)
Martin N. Gelfand (42462) (mgelfand@irell.com)
John C. Hueston (164921) (jhueston@irell.com)
Garland A. Kelley (225450) (gkelley@irell.com)
Alexander L. Karpman (238761) (akarpman@irell.com)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:  (310) 277-1010
Facsimile:   (310) 203-7199

Attorneys for Defendant Geoff Tate

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES M. KELLEY, M. LARSSON and DOUGLAS B. KELLEY,<br><br>Plaintiffs,<br><br>v.<br><br>RAMBUS, INC., PRICEWATERHOUSE COOPERS, LLP, GEOFFREY TATE, DAVID MOORING, PAUL MICHAEL FARMWALD, BRUCE S. DUNLEVIE, EDWARD H. LARSEN, WILLIAM DAVIDOW, ROBERT EULAU, JOHN DANFORTH, DOES (1-10)<br><br>Defendants. | CASE NO. C07-01238 JF<br><br>DEFENDANT GEOFF TATE'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE; AND [~~PROPOSED~~] ORDER<br><br>Date:   May 16, 2008<br>Time:   10:30 a.m.<br>Judge:  Hon. Jeremy Fogel |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

REQUEST FOR PERMISSION TO APPEAR TELEPHONICALLY AT CMC AND [PROPOSED] ORDER
(CASE NO. C07-01238 JF)

Counsel for Defendant Geoff Tate respectfully requests that the Court allow the telephonic appearance of counsel at the Case Management Conference scheduled for Friday May 16, 2008 at 10:30 a.m. in the above-referenced matter. This request is made on the grounds that counsel's offices are located in Los Angeles, approximately 340 miles from the San Jose Courthouse. Accordingly, requiring personal appearance at the conference would impose an unnecessary hardship on counsel.

Dated: May 6, 2008

Respectfully submitted,

IRELL & MANELLA LLP
David Siegel
Martin N. Gelfand
John C. Hueston
Garland A. Kelley
Alexander L. Karpman

By: _____/s/_____
Garland A. Kelley
Attorneys for Defendant
Geoff Tate

## [Proposed] ORDER

GOOD CAUSE HAVING BEEN SHOWN, Defendant Geoff Tate's request to appear telephonically at the Case Management Conference scheduled for Friday May 16, 2008 at 10:30 a.m. in this action is hereby granted. Counsel for Geoff Tate is required to arrange the telephonic appearance with Court Call (866-582-6878) in advance of the conference.

IT IS SO ORDERED.

Dated: 5/9/08

_____
Honorable Jeremy Fogel
United States District Court Judge

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 2 -

REQUEST FOR PERMISSION TO APPEAR TELEPHONICALLY AT CMC AND [PROPOSED] ORDER
(CASE NO. C07-01238 JF)