Douglas B. Kelley, Pro Se
1887 Saint Andrews Place
San Jose CA 95132
408-929-2142
yusfdbk@yahoo.com

James M. Kelley, Pro Se
Miki W. Larrson, Pro Se
14390 Douglass Lane
Saratoga, CA  95070
Tel:  (408) 867-3391
RBLegalReport@gmail.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES M. KELLEY, M. LARSSON, and DOUGLAS KELLEY,<br><br>Plaintiffs,<br><br>v.<br><br>RAMBUS, INC., PRICEWATERHOUSE COOPERS, LLP, GEOFFREY TATE, DAVID MOORING, PAUL MICHAEL FARMWALD, BRUCE S. DUNLEVIE, EDWARD H. LARSEN, WILLIAM DAVIDOW, ROBERT EULAU, JOHN DANFORTH and DOES (1-10),<br><br>Defendants. | Case No. 07-1238 JF (HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS CORRECTED SECOND CONSOLIDATED AMENDED COMPLAINT** |

STIP AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR DEFS' MOTIONS TO DISMISS AMENDED CONSOL. COMPLAINT; CASE NO. C 07-1238 JF (HRL)

Stipulation on Scheduling 2nd CAC draft SA
Corrected 053008 (2).DOC

1    WHEREAS, this is an action brought against Rambus Inc. certain of its current and
2 former officers and directors, and its independent auditor;
3    WHEREAS, Plaintiffs will file their Corrected Second Consolidated Amended Complaint
4 ("2CAC") on June 2, 2008; as ordered by the Court
5    WHEREAS, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, Defendants'
6 response to the 2CAC is due within ten Court days after service thereof,
7    WHEREAS, Defendants intend to move to dismiss the 2CAC,
8    WHEREAS, the Court has scheduled a Case Management Conference for August 1, 2008
9    WHEREAS, one of the plaintiffs will be out of the country in the near future;
10    IT IS HEREBY STIPULATED AND AGREED, subject to Court approval, by and
11 between the undersigned that:
12    1.    Defendants may file their respective motions to dismiss the 2CAC on or before
13 July 25, 2008.
14    2.    Plaintiffs shall file any oppositions to the Defendants' respective motions to
15 dismiss on or before August 15, 2008.
16    3.    Defendants shall file their respective reply briefs on or before August 29, 2008.
17    4.    The hearing on Defendants' respective motions to dismiss shall be set for
18        September 12, 2008 at 9:00 a.m.
19    5.    The Case Management Conference currently scheduled for August 1, 2008 will
20        also be held on September 12, 2008, at 9:00 a.m

21 Dated: May 22, 2007                    Douglas B Kelley, Pro Se
22                                        James M. Kelley
                                         Miki W. Larsson
23
                                         By: /s/ Douglas B. Kelley
24                                           Douglas B. Kelley

25                                       By: /s/ James M. Kelley
                                             James M. Kelley
26

27                                       By: /s/ Miki W. Larrson
                                             Miki W. Larrson
28

| | | |
|---|---|---|
| 1 | Dated: June 2, 2008 | WILSON SONSINI GOODRICH & ROSATI |
| 2 | | Professional Corporation |
| | | 650 Page Mill Road |
| 3 | | Palo Alto CA 94304-1050 |
| | | 650-493-9300 |
| 4 | | Fax: 650-565-5100 |
| 5 | | By: /s/ Ignacio E. Salceda |
| | | Ignacio E. Salceda |
| 6 | | Attorneys for Defendants |
| | | Rambus Inc. and P. Michael Farmwald |
| 7 | | |
| 8 | Dated: June 2, 2008 | SHEARMAN & STERLING LLP |
| | | Jeffrey S. Facter |
| 9 | | Justin S. Chang |
| | | 525 Market Street |
| 10 | | San Francisco, CA 94105 |
| | | Telephone: (415) 616-1100 |
| 11 | | Facsimile: (415) 616-1199 |
| 12 | | By: /s/ Justin S. Chang / by IES |
| | | Justin S. Chang |
| 13 | | |
| | | Attorneys for Defendants William H. Davidow |
| 14 | | and Bruce Dunlevie |
| 15 | Dated: June 2, 2008 | MORRISON & FOERSTER LLP |
| 16 | | Darryl P. Rains |
| | | Stephanie L. Zeller |
| 17 | | 755 Page Mill Road |
| | | Palo Alto, CA 94304 |
| 18 | | Telephone: (650) 813-5600 |
| | | Facsimile: (650) 494-0792 |
| 19 | | By: /s/ Stephanie Zeller / by IES |
| 20 | | Stephanie L. Zeller |
| 21 | | Attorneys for Defendant John D. Danforth |
| 22 | Dated: June 2, 2008 | |
| 23 | | BERGESON, LLP |
| | | Daniel Bergeson |
| | | Donald P. Gagliardi |
| 24 | | 303 Almaden Blvd., Suite 500 |
| | | San Jose, CA 95110-2712 |
| 25 | | Telephone: (408) 291-6200 |
| | | Facsimile: (408) 297-6000 |
| 26 | | |
| | | By: /s/ Donald Gagliardi / by IES |
| 27 | | Donald P. Gagliardi |
| 28 | | Attorneys for Defendant David Mooring |

| | | |
|---|---|---|
| 1 | Dated: ~~May~~ June 2, 2008 | IRELL AND MANELLA LLP |
| 2 | | David Siegel |
| | | Martin N. Gelfand |
| | | John C. Hueston |
| 3 | | Garland Kelley |
| | | Alexander Karpman |
| 4 | | 1800 Avenue of the Stars, Suite 900 |
| | | Los Angeles, CA  90067 |
| 5 | | Telephone:  (310) 277-1010 |
| | | Facsimile:  (310) 203-7199 |
| 6 | | |
| | | By: *[signature]* Garland Kelley /by JGS |
| 7 | | Garland Kelley |
| 8 | | Attorneys for Defendant Geoff Tate |
| 9 | | |
| | Dated: ~~May~~ June 2, 2008 | FENWICK & WEST LLP |
| 10 | | Susan S. Muck |
| | | 555 California Street, 12th Floor |
| 11 | | San Francisco, CA  94104 |
| | | Telephone:  (415) 875-2300 |
| 12 | | Facsimile:  (415) 281-1350 |
| 13 | | -and- |
| 14 | | Jay L. Pomerantz |
| | | Felix S. Lee |
| 15 | | Silicon Valley Center |
| | | 801 California Street |
| 16 | | Mountain View, CA  94041 |
| | | Telephone: (650) 988-8500 |
| 17 | | Facsimile (650) 938-5200 |
| 18 | | |
| | | By: *[signature]* Jay Pomerantz /by JGS |
| 19 | | Jay L. Pomerantz |
| 20 | | Attorneys for Defendant Robert K. Eulau |

| | | |
|---|---|---|
| 1 | Dated: ~~May~~ June 2, 2008 | DAVIS POLK & WARDWELL |
| 2 | | James H.R. Windels |
| 3 | | 450 Lexington Avenue<br>New York, NY 10017 |
| 4 | | Telephone: (212) 450-4000<br>Facsimile: (212) 450-3800 |
| 5 | | -and- |
| 6 | | Anthony I. Fenwick |
| 7 | | Jill Zimmerman<br>1600 El Camino Real |
| 8 | | Menlo Park, CA 94025<br>Telephone: (650) 752-2000<br>Facsimile (650) 752-2111 |
| 10 | | By: /s/ James Windels (by JEP)<br>James H.R. Windels |
| 12 | | Attorneys for Defendant<br>PricewaterhouseCoopers LLP |

STIP AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR DEFS' MOTIONS TO DISMISS 2ND CONSOL. AMENDED COMPLAINT; CASE NO. C 07-1238 JF (HRL)

-5-

Stipulation on Scheduling 2nd CAC draft SA Corrected 053008 (2).DOC

## ORDER

Pursuant to the parties' stipulation, the proposed briefing and hearing schedule is approved.

IT IS SO ORDERED.

Dated: 6/12/08

THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

1 | I, Douglas B. Kelley, am the ECF User whose identification and password are being used
2 | to file the Stipulation and [Proposed] Order Regarding Briefing Schedule for Defendants'
3 | Motion to Dismiss Second Consolidated Amended Complaint. I hereby attest that Ignacio
4 | Salceda, Justin S. Chang, Stephanie L. Zeller, Donald P. Gagliardi, Garland Kelley, Jay L.
5 | Pomerantz, James H.R. Windels, Steven Kaufhold, James M. Kelley, and Miki W. Larsson have
6 | concurred in this filing.