UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES KELLY,<br>        Plaintiff,<br><br>V.<br>RAMBUS, INC.,<br>        Defendants. | Case No.  CV-07-1238-JF<br><br>ORDER ADMINISTRATIVELY<br>CLOSING CONSOLIDATED ACTION |

On June 25, 2007 the above entitled matter was consolidated with case number CV-07-2455-JF.  At that time, the Court deemed case number CV-07-1238-JF the lead case. In light of the consolidation, the clerk shall administratively close the following case: CV-07-2455-JF.

IT IS SO ORDERED.

Dated: September 18, 2008

_____
JEREMY FOGEL
United States District Judge